IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KAREN MAYFIELD**                                                                                 **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 1:23-cv-8-TBM-RPM**

**BEAU RIVAGE RESORTS, LLC**                                                       **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, this CASE is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 15th day of April, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE